**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES RICE, | ) | |
| | ) | No. 24 CV 04882 |
| *Plaintiff,* | ) | |
| | ) | Hon. Chad F. Kenney, |
| *v.* | ) | District Court Judge |
| | ) | |
| | ) | |
| CITY OF PHILADELPHIA, *et al.*, | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendants.* | ) | |

**ENTRY OF STIPULATION**

On the _____ day of April 2025, this Court enters the parties' stipulation and amends the briefing schedule to grant a two-week extension, up to and including April 21, 2025, to file any motions to compel discovery pursuant to Rule 37 and for Defendants to file their motion to bifurcate Plaintiff's *Monell* claim.

_____

Judge Chad Kenney

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

CHARLES RICE,                          )
                                       )          No. 24 CV 04882
           *Plaintiff,*                )
                                       )          Hon. Chad F. Kenney,
*v.*                                   )          District Court Judge
                                       )
                                       )
CITY OF PHILADELPHIA, *et al.*,        )          JURY TRIAL DEMANDED
                                       )
           *Defendants.*               )


## PARTIES' STIPULATION TO EXTEND TIME TO FILE DISCOVERY MOTIONS

The Parties, by and through their respective counsel, submit the following stipulation regarding extending the current briefing schedule by two weeks to file respective discovery motions. In support of this stipulation, the Parties state as follows:

Pursuant to the Court's order, Doc. 43, the Parties served written discovery requests on February 3, 2025. The Parties served responses on March 17, 2025. The Court ordered any motions for bifurcated discovery and motions to overrule objections made to discovery requests to be filed by 12:00pm on April 7, 2025. Doc. 50. The Parties require additional time to complete the conferral process to narrow the issues and/or resolve objections. WHEREAS, the Parties have agreed to extend the deadline for Defendants to file their motion to bifurcate Plaintiff's *Monell* claim and stay discovery and trial on that claim and for the Parties to file any motions to compel by two weeks, up to and including April 21, 2025.

Dated: April 4, 2025                        Respectfully submitted,

 CHARLES RICE                               ATTORNEY FOR DEFENDANTS

 By:    /s/ Renee Spence                    By:  /s/ Rob Crawford

|  |  |
|---|---|
| *One of Plaintiff's Attorneys* | *One of Defendants' Attorneys* |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Jon Loevy* | Ashley Brody |
| Gayle Horn* | Shneur Z. Nathan |
| Renee Spence* | Avi T. Kamionski |
| LOEVY & LOEVY | Natalie Y. Adeeyo |
| 311 N. Aberdeen St. | Rob Crawford |
| Third Floor | Nathan & Kamionski LLP |
| Chicago, IL 60607 | 206 S. Jefferson St. |
| (312) 243-5900 | Chicago, IL 60661 |
| (312) 243-5902 (fax) | (312) 957-4438 |
| spence@loevy.com | abrody@nklawllp.com |
| *Admitted *pro hac vice* | |

## CERTIFICATE OF SERVICE

I, Renee Spence, an attorney, hereby certify that I filed the foregoing document via the Court's CM/ECF system on April 4, 2025, and thereby served a copy on all counsel of record.

/s/ Renee Spence

*One of Plaintiff's Attorneys*