**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES RICE, | ) | |
| | ) | No. 24 CV 04882 |
| *Plaintiff,* | ) | |
| | ) | Hon. Chad F. Kenney, |
| *v.* | ) | District Court Judge |
| | ) | |
| | ) | |
| CITY OF PHILADELPHIA, *et al.*, | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendants.* | ) | |

## ENTRY OF STIPULATION

**AND NOW**, this **4th** day of **April 2025**, this Court enters the parties' stipulation (ECF No. 54) and amends the briefing schedule to grant a two-week extension, up to and including April 21, 2025, to file any motions to compel discovery pursuant to Rule 37 and for Defendants to file their motion to bifurcate Plaintiff's *Monell* claim.

**APPROVED BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**

| | | |
|---|---|---|
| CHARLES RICE, | ) | |
| | ) | No. 24 CV 04882 |
| *Plaintiff,* | ) | |
| | ) | Hon. Chad F. Kenney, |
| *v.* | ) | District Court Judge |
| | ) | |
| | ) | |
| CITY OF PHILADELPHIA, *et al.,* | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendants.* | ) | |

## PARTIES' STIPULATION TO EXTEND TIME TO FILE DISCOVERY MOTIONS

The Parties, by and through their respective counsel, submit the following stipulation regarding extending the current briefing schedule by two weeks to file respective discovery motions. In support of this stipulation, the Parties state as follows:

Pursuant to the Court's order, Doc. 43, the Parties served written discovery requests on February 3, 2025. The Parties served responses on March 17, 2025. The Court ordered any motions for bifurcated discovery and motions to overrule objections made to discovery requests to be filed by 12:00pm on April 7, 2025. Doc. 50. The Parties require additional time to complete the conferral process to narrow the issues and/or resolve objections. WHEREAS, the Parties have agreed to extend the deadline for Defendants to file their motion to bifurcate Plaintiff's *Monell* claim and stay discovery and trial on that claim and for the Parties to file any motions to compel by two weeks, up to and including April 21, 2025.

Dated: April 4, 2025                                    Respectfully submitted,

 CHARLES RICE                                    ATTORNEY FOR DEFENDANTS

 By:     /s/ Renee Spence                          By:  /s/ Rob Crawford

*One of Plaintiff's Attorneys*      *One of Defendants' Attorneys*

*Attorneys for Plaintiff*      *Attorneys for Defendants*
Jon Loevy*      Ashley Brody
Gayle Horn*      Shneur Z. Nathan
Renee Spence*      Avi T. Kamionski
LOEVY & LOEVY      Natalie Y. Adeeyo
311 N. Aberdeen St.      Rob Crawford
Third Floor      Nathan & Kamionski LLP
Chicago, IL 60607      206 S. Jefferson St.
(312) 243-5900      Chicago, IL 60661
(312) 243-5902 (fax)      (312) 957-4438
spence@loevy.com      abrody@nklawllp.com
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Renee Spence, an attorney, hereby certify that I filed the foregoing document via the

Court's CM/ECF system on April 4, 2025, and thereby served a copy on all counsel of record.

/s/ Renee Spence

*One of Plaintiff's Attorneys*