IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICE, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | No. 24-cv-4882 |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **16th** day of **May 2025**, upon consideration of Defendants' Motion to Compel Production (ECF No. 60), Plaintiff's response (ECF No. 66), and the docket, it is hereby **ORDERED** that the Motion is **GRANTED** in the manner set forth in this Court's accompanying memorandum.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**