IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES RICE, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | No. 24-cv-4882 |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **19th** day of **May 2025**, upon consideration of Plaintiff's Motion for a Protective Order Barring the Production of Certain School Records (ECF No. 59), Defendants' response (ECF No. 70), Plaintiff's reply (ECF No. 72), Plaintiff's Motion to Compel Discovery from Defendants (ECF No. 63), Defendants' response (ECF No. 69), Plaintiff's reply (ECF No. 75), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for a Protective Order (ECF No. 59) is **GRANTED** in part and **DENIED** in part.  Defendants may discover Plaintiff's school records, including academic disciplinary records, from fifth grade onward, as set forth in the accompanying memorandum.  Plaintiff's Motion for a Protective Order is denied in all other respects.

2. Plaintiff's Motion to Compel Discovery (ECF No. 63) is **GRANTED**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**