IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES RICE,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | No. 24-cv-04882 |
| *Defendants*. | : | |

## SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this **9th** day of **January 2026**, upon review of the Parties' Joint Motion for Extension of Time to Complete Discovery and to Reset Dates (ECF No. 124), the Court's Order granting the Joint Motion (ECF No. 126), and the docket, it is hereby **ORDERED** that the Scheduling Order (ECF No. 84) is **AMENDED** as follows:[1]

1. All fact discovery shall be completed by **May 13, 2026**. Any motion related to a discovery dispute must be filed at least **fourteen (14) days** before the deadline for fact discovery.

2. Expert reports shall be due by **July 7, 2026**.

3. Rebuttal expert reports shall be due by **July 28, 2026.**

4. Expert discovery, if any, shall be completed by **August 18, 2026**.

5. Any motions for summary judgment and *Daubert* motions shall be filed on or before **September 29, 2026, at 12:00 p.m.**[2] Responses to any *Daubert* motions shall be filed within **twenty-one (21)** days of service of the motion. Response(s) to any motions for summary judgment shall be filed within **thirty (30)** days of service of the motion. Any

---

[1] Not all deadlines in the instant Scheduling Order correspond to the Parties' proposed deadlines. *See* ECF No. 124 at 2–3.

[2] Counsel are directed to review Judge Kenney's Policies and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

      reply in support of a motion for summary judgment shall be filed within **fourteen (14)** days after the deadline for a response.

6. Any motions to bifurcate trial shall be filed within **fourteen (14)** days of the Court's ruling on the motion(s) for summary judgment or, if no motions for summary judgment are filed, within **fourteen (14)** days after the close of expert discovery.

7. All trial exhibits shall be marked and exchanged on or before <u>**January 20, 2027**</u>.

8. Motions in limine shall be due by **12:00 p.m. on <u>February 3, 2027</u>**.  The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

9. **All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1 on or before <u>February 10, 2027</u>.  Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § G).**

10. Within seven (7) days of before the Final Pretrial Conference parties are required to submit a joint Proposed Final Pretrial Order in accordance with the Local Rules of Civil 16.1(d)(2)(b) and Judge Kenney's Policies and Procedures at § A(2).

11. A final pretrial conference will be held on **<u>February 18, 2027</u>, at 9:00 a.m., in Courtroom 11B**.  At this final pretrial conference, counsel shall be prepared to address factual and legal issues, the admissibility of exhibits, scheduling issues, and settlement.

12. A date certain **jury trial** will commence on **<u>March 8, 2027</u>, at 9:00 a.m., in Courtroom 11B**.  On the morning of trial, counsel are to supply the Court with two joint exhibit binders

unless counsel jointly agree and certify to the Court that all documents have been digitalized and they will be admitted and published in that format for view to the Court, jury and witnesses.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**
